UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRICK MEDLOCK,

        Plaintiff,                      Case No. 1:16-cv-20

v.                                       Honorable Paul L. Maloney

UNKNOWN GREMBOWSKI et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  February 26, 2016             /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             United States District Judge